UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20008
Hon. Matthew F. Leitman

v.

BARRY CASTRO,

    Defendant.

_____/

# ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 56)

On January 8, 2021, Defendant Barry Castro filed a *pro se* motion for compassionate release. (*See* Mot. for Compassionate Release, ECF No. 56.) The Court thereafter appointed Castro counsel (*see* Order, ECF No. 57), and counsel filed two supplemental briefs on Castro's behalf. (*See* Castro Supp. Brs., ECF Nos. 61, 69.)

The Court held video hearings on Castro's motion on March 18, 2021, and May 3, 2021. (*See* Notices of Hearing, ECF Nos. 66, 72.) For the reasons explained on the record during the May 3, 2021, hearing, Castro's motion is **DENIED**.

**IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: May 3, 2021

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2021, by electronic means and/or ordinary mail.

                                                         s/Holly A. Monda
                                                         Case Manager
                                                         (810) 341-9764